IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOEL D. SANDERS,

        Petitioners,                     No. CIV S-06-2622  DFL KJM P

    vs.

ROBERT A. HOREL, Acting Warden, et al.,

        Respondents.                FINDINGS & RECOMMENDATIONS

        By orders filed November 22, 2006, petitioner's application was dismissed and thirty days' leave to file an amended application and either pay the filing fee or file an application to proceed in forma pauperis w granted. On January 10, 2007, plaintiff was granted a thirty day extension of time. The thirty day period has now expired, and petitioner has not filed an amended application, application to proceed in forma pauperis or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, petitioner may file written

1

1  objections with the court. The document should be captioned "Objections to Magistrate Judge's
2  Findings and Recommendations." Petitioner is advised that failure to file objections within the
3  specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951
4  F.2d 1153 (9th Cir. 1991).
5  DATED: March 1, 2007.

_____
U.S. MAGISTRATE JUDGE

/mp
sand2622.ftafifp.hc