IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOEL D. SANDERS,

       Petitioner,                No. CIV S-06-2622 DFL KJM P

    vs.

ROBERT A. HOREL,

       Respondent.       ORDER

_____/

       Petitioner, a state prisoner proceeding pro se, has filed an amended application for a writ of habeas corpus pursuant to 28 U.S.C. §  2254.  Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a), 1915(a).  On March 2, 2007, the court filed findings and recommendations, recommending that the action be dismissed for petitioner's failure to file his application to proceed in forma pauperis or to pay the filing fee.  Plaintiff filed objections, alleging that he has asked the inmate trust office to send the completed in forma pauperis application to the court.  In light of this representation, the court will vacate the findings and recommendations and give petitioner additional time.

/////

/////

1

1    In accordance with the above, IT IS HEREBY ORDERED that:

2        1.  The findings and recommendations filed March 2, 2007 are hereby vacated.

3        2.  Petitioner shall submit, within thirty days from the date of this order, an

4    affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee;

5    petitioner's failure to comply with this order will result in the dismissal of this action.

6    DATED:  March 30, 2007.

7    _____
     U.S. MAGISTRATE JUDGE

8

9

2

10   sand2622.101+

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2