1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOEL D. SANDERS,

11             Petitioner,              No. CIV S-06-2622 RRB KJM P

12        vs.

13   ROBERT A. HOREL,

14             Respondent.        FINDINGS & RECOMMENDATIONS

15   _____/

16        By order filed May 24, 2007, petitioner's amended petition was dismissed and

17   leave to file an second amended petition was granted.  Petitioner has not filed a second amended

18   petitioner or otherwise responded to the court's order.

19        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed

20   without prejudice.  See Local Rule 11-110; Fed. R. Civ. P. 41(b).

21        These findings and recommendations are submitted to the United States District

22   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

23   days after being served with these findings and recommendations, petitioner may file written

24   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

25   Findings and Recommendations."  Petitioner is advised that failure to file objections within the

26   /////

1

1  specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951

2  F.2d 1153 (9th Cir. 1991).

3  DATED:  September 5, 2007.

4  _____
   U.S. MAGISTRATE JUDGE

5

6  /sand2622.fta

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26